IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| KIM BAIR | : | Civil Action No. |
| Plaintiff, | : | |
| vs. | : | |
| RAUCH, STRUM, ISRAEL & HORNIK, S.C. | : | |
| | : | |
| Defendant. | : | |

## COMPLAINT

Plaintiff Kim Bair, by her attorney Ray Johnson, for his claims against the Defendant states:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA") and Iowa Unlawful Debt Collection Practices Act, Iowa Code § 537.7103, et seq. (hereinafter, "State Act"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff, Kim Bair, is a natural person now residing Des Moines, Iowa.

4. Defendant, Rausch, Strum, Israel & Hornik, S.C., is a debt collector engaged in the business of collecting debts in the state of Iowa.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

6. On November 2, 2007, counsel for Bair sent Rausch, Strum, Israel & Hornik a letter stating that direct contact with Bair were to cease and that all further contact were to be directed to counsel.

7. Rausch, Strum, Israel & Hornik sent a letter dated November 5, 2007, directly to Bair without going through counsel. The letter was postmarked on November 7, 2007. The letter was one last ditch attempt to resolve the matter directly with Bair knowing that she was represented by an attorney.

### V. FIRST CLAIM FOR RELIEF

8. All facts and allegations of this Complaint are incorporated herein by reference.

9. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    a. Rausch, Strum, Israel & Hornik contacted Bair when it was known that she was being represented by an attorney in violation of 15 U.S.C. § 1692c(2).

10. As a result of the above violations of the FDCPA, the Defendant is liable to Bair for statutory damages, costs and attorney's fees.

### VI. SECOND CLAIM OF RELIEF

11. All facts and allegations of this Complaint are incorporated herein by reference.

12. For purposes of Bair's alleged obligation, Rausch, Strum, Israel & Hornik was collecting for a "creditor" as defined in Iowa Code § 537.7102(2).

13. Kim Bair alleged obligations were "debts" as defined by Iowa Code § 537.7102(3).

14. With regard to attempts to collect from Bair as alleged herein, Rausch, Strum, Israel & Hornik was a "debt collector" engaged in "debt collection" as defined by Iowa Code §§ 537.7102(4) and (5).

15. Defendant violated the State Act. The foregoing acts, omissions and practices of Rausch, Strum, Israel & Hornik were violations of Iowa Code § 537.7103, including but not limited to:

    a. Taking an action prohibited by Iowa Code Chapter 537 or other law in violation of Iowa Code § 537.7103(1)(f).

    b. Contacting Kim Bair when it was known that she was being represented by an attorney, in violation of Iowa Code § 537.7103(5)(e).

16. As a proximate result of the unfair debt collection, Bair has suffered actual damages and injury for which she should be compensated in an amount to be proven at trial.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against the Defendant for the following:

A. Actual damages;

B. Statutory damages pursuant to 15 U.S.C. § 1692k.

C. Statutory damages pursuant to Iowa Code § 537.5201(1).

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and Iowa Code § 537.5201(8).

E. For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

_____
RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com