IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| KIM BAIR | : | Civil Action No. 4:08-cv-00042 |
| Plaintiff, | : | |
| vs. | : | |
| RAUCH, STRUM, ISRAEL & HORNIK, S.C. | : | |
| Defendant. | : | |

## DISMISSAL

Plaintiff Kim Bair, by her attorney Ray Johnson, hereby dismisses the above-referenced matter.

Respectfully submitted,

*[signature]*

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com